[Nos. 18114-2-II;   Division Two.   December 19, 1995.]
      18433-8-II.

THE STATE OF WASHINGTON, *Respondent*, v. DEREK
      CARTER GEAR, *Appellant*.

Appeals from a judgment of the Superior Court for
Clark County, No. 93-1-00605-6, James D. Ladley, J.,
entered October 22, 1993 and July 28, 1994. *Affirmed* by
unpublished opinion per Seinfeld, C.J., concurred in by
Bridgewater, J., and Wiggins, J. Pro Tem.


[No. 13476-8-III.   Division Three.   December 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. FAUSTINO
      JUAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Fran-
klin County, No. 93-1-50087-3, Fred R. Staples, J., entered
July 20, 1993. *Affirmed* by unpublished opinion per Mun-
son, J., concurred in by Thompson, C.J., and Schultheis, J.


[No. 13897-6-III.   Division Three.   December 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE
      CHARLES GRIGSBY, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 93-1-00292-4, Duane E. Taber, J., entered
March 4, 1994. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Sweeney,
JJ.


[No. 14063-6-III.   Division Three.   December 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JON
      BRYAN SWALL, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-00154-1, Kathleen M. O'Connor,
J., entered May 20, 1994. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Sweeney, A.C.J., and
Schultheis, J.